

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN BERRY JACKSON, | § | No. 08-19-00174-CR |
| Appellant, | § | Appeal from the |
| v. | § | 132nd Judicial District Court |
| THE STATE OF TEXAS, | § | of Scurry County, Texas |
| Appellee. | § | (TC# 10639) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF DECEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.